```
 1  BRENDAN V. SULLIVAN, JR.
    JOHN G. KESTER
 2  GILBERT O. GREENMAN
    WILLIAMS & CONNOLLY LLP
 3  725 Twelfth Street, N.W.
    Washington, D.C. 20005
 4  Tel.: (202) 434-5000
    Fax:  (202) 434-5029
 5  jkester@wc.com
    ggreenman@wc.com
 6
    Attorneys for Sprint Nextel Corp.,
 7  Sprint Communications Co. L.P.,
    Sprint Spectrum L.P. and
 8  Nextel West Corp.
 9
10                              IN THE
11              UNITED STATES DISTRICT COURT
12          FOR THE NORTHERN DISTRICT OF CALIFORNIA
13                  -- San Francisco Division --
14  _____
                                       )
15  In re:                             )  MDL Dkt. No. 06-1791-VRW
                                       )
16  NATIONAL SECURITY AGENCY           )  STIPULATION AND [PROPOSED] ORDER
    TELECOMMUNICATIONS RECORDS         )  TO STAY CASES AGAINST SPRINT
17  LITIGATION                         )
                                       )
18  This document relates to:          )  [Civil L.R. 6-2, 7-1(a)(5), 7-12]
                                       )
19  Nos. C-06-6222-VRW;                )  Courtroom: 6, 17th Floor
         C-06-6224-VRW;                )  Judge:     Hon. Vaughn R. Walker
20       C-06-6254-VRW;                )
         C-06-6295-VRW;                )
21       C-07-0464-VRW                 )
                                       )
22  _____)
23
24
25
26
27
28
```

Stipulation To Stay Cases Against Sprint
MDL Dkt. No. 06-1791-VRW

Dockets.Justia.com

STIPULATION

In furtherance of judicial economy and to avoid potentially unnecessary expense, the undersigned counsel for and on behalf of the entities named below wish to stay all proceedings against the Sprint entities pending determination of appellate review in Hepting v. AT&T Corp., No. C-06-672-VRW, currently pending on appeal to the United States Court of Appeals for the Ninth Circuit.

Interim class counsel for the Sprint Subscriber Class plaintiffs and counsel for the Sprint defendants[*] hereby stipulate as follows:

1.   All proceedings against the Sprint defendants shall be stayed until the United States Court of Appeals for the Ninth Circuit issues its ruling on review of the July 20, 2006, order of this Court in Hepting v. AT&T Corp., No. C-06-672-VRW.

2.   This stay shall encompass any proceedings pending herein against the Sprint defendants, or transferred by the Judicial Panel on Multidistrict Litigation to this Court and consolidated with this MDL, No. 06-1791-VRW, subsequent to the entry of this Stipulation. The following cases filed against the Sprint defendants have been transferred to this Court:

C-06-6222-VRW;
C-06-6224-VRW;
C-06-6254-VRW;
C-06-6295-VRW;
C-07-0464-VRW.

---

[*]   The Sprint defendants are Sprint Nextel Corp., Sprint Communications Co. L.P., Sprint Spectrum L.P. and Nextel West Corp. and as used herein include any entities related to them.

3. This stay shall not apply to any MDL proceedings against entities other than the Sprint defendants.

4. This stay shall not otherwise alter the substantive and other procedural rights of the Sprint defendants or of the subscribers who have filed complaints against the Sprint defendants.

5. The Sprint defendants are not required to file any response to any complaint against them until sixty (60) days after the expiration of this stay.

> GARY E. MASON
> NICHOLAS A. MIGLIACCIO
>
> THE MASON LAW FIRM, PC
> 1225 19th Street, N.W., Ste. 500
> Washington, D.C. 20036
> Tel.: (202) 429-2290
> Fax: (202) 429-2294
>
> By  /s/ *Gary E. Mason per G.O. 45*
>
> JOHN C. WHITFIELD
>
> WHITFIELD & COX, PSC
> 29 East Center Street
> Madisonville, KY 42431
> Tel.: (270) 821-0656
> Fax: (270) 825-1163
>
> By  /s/ *John C. Whitfield per G.O. 45*
>
> Interim Class Counsel for Sprint
>   Subscriber Class
>
> BRENDAN V. SULLIVAN, JR.
> JOHN G. KESTER
> GILBERT O. GREENMAN
>
> WILLIAMS & CONNOLLY LLP
> 725 Twelfth Street, N.W.
> Washington, D.C. 20005
> Tel.: (202) 434-5000
> Fax: (202) 434-5029
>
> By  /s/ *John G. Kester*
>
> Attorneys for Sprint Nextel Corp.,
>   Sprint Communications Co. L.P,
>   Sprint Spectrum L.P. and Nextel
>   West Corp.

February 7, 2007

DECLARATION PURSUANT TO GENERAL ORDER 45

    I declare that I have received authorization to file this document from each of the signatories listed above.

    I declare under penalty of perjury that the foregoing declaration is true and correct.

    Executed February 7, 2007, at Washington, D.C.

                  /s/ *John G. Kester*

[~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation, and good cause appearing, IT IS SO ORDERED.



_____
Vaughn R. Walker
United States District Chief Judge

Date: February 14, 2007

- 5 -
Stipulation To Stay Cases Against Sprint
MDL Dkt. No. 06-1791-VRW