PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON  #76342
DAVID L. ANDERSON  #149604
JACOB R. SORENSEN  #209134
MARC H. AXELBAUM  #209855
DANIEL J. RICHERT #232208
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

SIDLEY AUSTIN LLP
DAVID W. CARPENTER (admitted *pro hac vice*)
BRADFORD A. BERENSON (admitted *pro hac vice*)
EDWARD R. MCNICHOLAS (admitted *pro hac vice*)
DAVID LEE LAWSON (admitted *pro hac vice*)
ERIC A. SHUMSKY #206124
1501 K Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 736-8010
Facsimile:  (202) 736-8711

Attorneys for the BellSouth Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION <br><br><br> This Document Relates To: <br><br> 06-5343-VRW <br> 06-5485-VRW <br> 06-5576-VRW <br> 06-6253-VRW <br> 07-0464-VRW <br><br> *Mayer v. Verizon Communications, Inc., et al.*, No. 06-3650 (S.D.N.Y.) (N.D. Cal. case no. not yet assigned) | MDL Dkt. No. 06-1791-VRW <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR BELLSOUTH DEFENDANTS TO RESPOND TO CONSOLIDATED COMPLAINT** <br><br><br> [Civil L.R. 6-2, 7-1(a)(5), 7-12] <br><br> Courtroom:  6, 17th Floor <br> Judge:        Hon. Vaughn R. Walker |

Stipulation and [Proposed] Order
to Extend Time for BellSouth Defendants
to Respond to Consolidated Complaint
MDL No. 06-1791-VRW

1 **RECITALS**

2   A.   On January 16, 2007, the plaintiffs in *Herron*, 06-5343-VRW; *Joll*, 06-5485;
3 *Conner*, 06-5576; *Derosier*, 06-6253-VRW; *Lebow*, 07-0464-VRW; and *Mayer v. Verizon*
4 *Communications, Inc., et al.*, No. 06-3650 (S.D.N.Y.) (N.D. Cal. case no. not yet assigned)
5 ("BellSouth Plaintiffs") filed a "Master Consolidated Complaint Against Defendant
6 'BellSouth' for Damages, Declaratory and Equitable Relief" ("BellSouth Consolidated
7 Complaint"). Dkt. 126.

8   B.   On January 16, 2007, plaintiffs filed consolidated complaints against
9 Cingular defendants, Sprint defendants, the Verizon/MCI defendants and several
10 miscellaneous defendants. *See* Dkts. 121, 123, 124, 125.

11   C.   On February 20, 2007, this Court entered an Order holding, *inter alia*, "If in
12 any case the parties fail to file a stipulation for stay on or before March 8, 2007, defendants
13 shall answer or otherwise respond to the complaint in such case not later than March 29,
14 2007." Dkt. 172.

15   D.   The parties to the Sprint and Cingular consolidated complaints have agreed
16 to a stay of those cases. *See* Dkts. 163, 177. All of the miscellaneous defendants have been
17 dismissed from this MDL. *See* Dkts. 162, 164, 184 and 185.

18   E.   Under the Court's Order of February 20, 2007 (Dkt. 172), responses to the
19 BellSouth Consolidated Complaint and the Verizon/MCI consolidated complaint against
20 (Dkt. 125) are currently due on March 29, 2007.

21   F.   The BellSouth Plaintiffs and Defendants have consulted regarding a
22 stipulation with respect to the dates on which the BellSouth Defendants should file an
23 answer or otherwise respond to the BellSouth Consolidated Complaint. Because resolution
24 of motions to dismiss the Verizon/MCI Consolidated Complaint could materially impact
25 briefing of the BellSouth Consolidated Complaint, and because the BellSouth Consolidated
26 Complaint also may present different factual and legal issues, the BellSouth Plaintiffs and
27 Defendants believe that it would be most efficient and economical of party and judicial

28

Stipulation and [Proposed] Order
to Extend Time for BellSouth Defendants
to Respond to Consolidated Complaint
MDL No. 06-1791-VRW

1  resources for the BellSouth Defendants' motion to dismiss to be briefed and heard on a

2  different, later schedule than the motion to dismiss the Verizon/MCI Consolidated

3  Complaint that the Verizon/MCI Defendants intend to file.

4      G.    To avoid simultaneous briefing, and in furtherance of judicial economy, the

5  Bellsouth Plaintiffs and Defendants therefore agree to extend the time to answer or

6  otherwise respond to the BellSouth Consolidated Complaint as set forth below.

## STIPULATION

The BellSouth Plaintiffs and Defendants hereby stipulate that the BellSouth Defendants may have until the latter of the following dates to answer or otherwise respond to the BellSouth Consolidated Complaint:

1. May 29, 2007.

2. Twenty-eight days after the Court decides any motion to dismiss the Master Consolidated Complaint Against MCI Defendants and Verizon Defendants (Dkt. 125) brought by any defendant named by Dkt. 125.

Dated:  March 12, 2007.

```
                                PILLSBURY WINTHROP SHAW PITTMAN LLP
                                BRUCE A. ERICSON
                                DAVID L. ANDERSON
                                JACOB R. SORENSEN
                                MARC H. AXELBAUM
                                DANIEL J. RICHERT
                                50 Fremont Street
                                Post Office Box 7880
                                San Francisco, CA 94120-7880

                                SIDLEY AUSTIN LLP
                                DAVID W. CARPENTER
                                DAVID L. LAWSON
                                BRADFORD A. BERENSON
                                EDWARD R. McNICHOLAS
                                1501 K Street, N.W.
                                Washington, D.C. 20005

                                By      /s/ Bruce A. Ericson
                                            Bruce A. Ericson


                                Attorneys for the BellSouth Defendants
```

- 3 -    Stipulation and [Proposed] Order
to Extend Time for BellSouth Defendants
to Respond to Consolidated Complaint
MDL No. 06-1791-VRW

**DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B**

I, BRUCE A. ERICSON, hereby declare pursuant to General Order 45, § X.B, that I have obtained the concurrence in the filing of this document from each of the other signatories listed below.

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on March 12, 2007, at San Francisco, California.

      */s/ Bruce A. Ericson*
            Bruce A. Ericson

Dated: March 12, 2007

LISKA, EXNICIOS & NUNGESSER
ATTORNEYS-AT-LAW
VAL PATRICK EXNICIOS
One Canal Place, Suite 2290
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 410-9611
Fax: (504) 410-9937

By      */s/ Val Patrick Exnicios per G.O. 45*
            Val Patrick Exnicios

Attorneys for BellSouth Plaintiffs

- 4 -

Stipulation and [Proposed] Order
to Extend Time for BellSouth Defendants
to Respond to Consolidated Complaint
MDL No. 06-1791-VRW

**[PROPOSED] ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the BellSouth Defendants shall have until the latter of the following dates to answer or otherwise respond to the BellSouth Consolidated Complaint:

1. May 29, 2007.

2. Twenty-eight days after the Court decides any motion to dismiss the Master Consolidated Complaint Against MCI Defendants and Verizon Defendants (Dkt. 125) brought by any defendant named by Dkt. 125.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 20, 2007.

_____
Hon. _____
United States _____

[GRANTED — Judge Vaughn R Walker, United States District Court, Northern District of California]

- 5 -

Stipulation and [Proposed] Order
to Extend Time for BellSouth Defendants
to Respond to Consolidated Complaint
MDL No. 06-1791-VRW