UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 17 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

---

In re: NATIONAL SECURITY AGENCY TELECOMMUNICATIONS RECORDS LITIGATION,

---

TASH HEPTING; et al.,

        Plaintiffs - Appellants,

 v.

AT&T CORP. and AT&T CORP.,

        Defendants - Appellees,

UNITED STATES OF AMERICA,

        Defendant-intervenor - Appellee.

No. 09-16676

D.C. No. 3:06-cv-00672-VRW
U.S. District Court for Northern California, San Francisco

**MANDATE**

---

SEAN BASINSKI, on behalf of himself and all others similarly situated and ALL PLAINTIFFS,

        Plaintiffs - Appellants,

 v.

VERIZON COMMUNICATIONS, INC. and VERIZON,

No. 09-16677

D.C. No. 3:06-cv-06434-VRW
U.S. District Court for Northern California, San Francisco

| | |
|---|---|
| Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant-intervenor - Appellee. | |
| RICHARD D. SUCHANEK, III, on behalf of himself and all others similarly situated and ALL PLAINTIFFS,<br><br>        Plaintiffs - Appellants,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION,<br><br>        Defendant - Appellee,<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant-intervenor - Appellee. | No. 09-16679<br><br>D.C. No. 3:06-cv-06295-VRW<br>U.S. District Court for Northern California, San Francisco |
| CHARLES F. BISSITT; et al.,<br><br>        Plaintiffs - Appellants,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC. and VERIZON,<br><br>        Defendants - Appellees. | No. 09-16682<br><br>D.C. No. 3:06-cv-05066-VRW<br>U.S. District Court for Northern California, San Francisco |

| | |
|---|---|
| CHRISTOPHER BREADY; et al., | No. 09-16683 |
| Plaintiffs - Appellants, | |
| v. | D.C. No. 3:06-cv-06313-VRW |
| VERIZON MARYLAND, INC. and VERIZON, | U.S. District Court for Northern California, San Francisco |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |
| | |
| TOM CAMPBELL; et al., | No. 09-16684 |
| Plaintiffs - Appellants, | |
| v. | D.C. No. 3:06-cv-03596-VRW |
| AT&T COMMUNICATIONS OF CALIFORNIA, a corporation and AT&T CORP., a corporation, | U.S. District Court for Northern California, San Francisco |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |
| | |
| DENNIS P. RIORDAN; et al., | No. 09-16685 |
| Plaintiffs - Appellants, | D.C. No. 3:06-cv-03574-VRW |

|   |   |
|---|---|
| v.<br><br>VERIZON COMMUNICATIONS, INC., a corporation and VERIZON,<br><br>       Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant-intervenor - Appellee. | U.S. District Court for Northern California, San Francisco |
| GLEN CHULSKY; et al.,<br><br>       Plaintiffs - Appellants,<br><br>v.<br><br>CELLCO PARTNERSHIP, DBA Verizon Wireless; et al.,<br><br>       Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant-intervenor - Appellee. | No. 09-16686<br><br>D.C. No. 3:06-cv-06570-VRW<br>U.S. District Court for Northern California, San Francisco |
| CHARMAINE CROCKETT; et al.,<br><br>       Plaintiffs - Appellants,<br><br>v.<br><br>VERIZON WIRELESS, (VAW) LLC; et al., | No. 09-16687<br><br>D.C. No. 3:06-cv-06254-VRW<br>U.S. District Court for Northern California, San Francisco |

|  |  |
|---|---|
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
|     Defendant-intervenor - Appellee. | |
| TRAVIS CROSS; et al., | No. 09-16688 |
|     Plaintiffs - Appellants, | D.C. No. 3:06-cv-06222-VRW |
|   v. | U.S. District Court for Northern California, San Francisco |
| AT&T COMMUNICATIONS SYSTEMS; et al., | |
|     Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
|     Defendant-intervenor - Appellee. | |
| JOAN DUBOIS; et al., | No. 09-16690 |
|     Plaintiffs - Appellants, | D.C. No. 3:06-cv-06387-VRW |
|   v. | U.S. District Court for Northern California, San Francisco |
| AT&T CORP.; et al., | |
|     Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
|     Defendant-intervenor - Appellee. | |

| | |
|---|---|
| TRAVIS CROSS; et al., | No. 09-16691 |
|         Plaintiffs - Appellants, | |
|  v. | D.C. No. 3:06-cv-06224-VRW |
| AT&T COMMUNICATIONS OF CALIFORNIA; et al., | U.S. District Court for Northern California, San Francisco |
|         Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
|         Defendant-intervenor - Appellee. | |
| PAT MAHONEY, individually, and on behalf of all others similarly situated and ALL PLAINTIFFS, | No. 09-16692 |
|         Plaintiffs - Appellants, | D.C. No. 3:06-cv-05065-VRW |
|  v. | U.S. District Court for Northern California, San Francisco |
| AT&T COMMUNICATIONS SYSTEMS and AT&T CORP., | |
|         Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
|         Defendant-intervenor - Appellee. | |
| PAMELA A. MAHONEY, on behalf of herself and all others similarly situated | No. 09-16693 |

| | |
|---|---|
| and ALL PLAINTIFFS, | D.C. No. 3:06-cv-05064-VRW |
|    Plaintiffs - Appellants, | U.S. District Court for Northern California, San Francisco |
|  v. | |
| VERIZON COMMUNICATIONS, INC. and VERIZON, | |
|    Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
|    Defendant-intervenor - Appellee. | |
| MARK P. SOLOMON, MD, on behalf of himself and all others similarly situated and ALL PLAINTIFFS, | No. 09-16694 |
|    Plaintiffs - Appellants, | D.C. No. 3:06-cv-06388-VRW |
|  v. | U.S. District Court for Northern California, San Francisco |
| VERIZON COMMUNICATIONS, INC. and VERIZON, | |
|    Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
|    Defendant-intervenor - Appellee. | |
| RHEA FULLER, on behalf of herself and all others similarly situated and ALL PLAINTIFFS, | No. 09-16696 |

|  | D.C. No. 3:06-cv-05267-VRW |
| --- | --- |
| Plaintiffs - Appellants, | U.S. District Court for Northern California, San Francisco |
| v. | |
| VERIZON COMMUNICATIONS, INC.; et al., | |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |

| SHELLY D. SOUDER and ALL PLAINTIFFS, | No. 09-16697 |
| --- | --- |
| Plaintiffs - Appellants, | D.C. No. 3:06-cv-05067-VRW |
| v. | U.S. District Court for Northern California, San Francisco |
| AT&T CORP. and AT&T CORP., | |
| Defendants - Appellees, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |

| STEVE DOLBERG, on behalf of himself and all others similarly situated and ALL PLAINTIFFS, | No. 09-16698 |
| --- | --- |
| Plaintiffs - Appellants, | D.C. No. 3:06-cv-05269-VRW U.S. District Court for Northern California, San Francisco |

v.

AT&T CORP. and AT&T CORP.,

        Defendants - Appellees,

UNITED STATES OF AMERICA,

        Defendant-intervenor - Appellee.

---

THERESA FORTNASH and ALL PLAINTIFFS,

        Plaintiffs - Appellants,

v.

AT&T CORP.,

        Defendant - Appellee,

UNITED STATES OF AMERICA,

        Defendant-intervenor - Appellee.

No. 09-16700

D.C. No. 3:06-cv-06385-VRW

U.S. District Court for Northern California, San Francisco

---

D. CLIVE HARDY and ALL PLAINTIFFS,

        Plaintiffs - Appellants,

v.

AT&T CORP.,

        Defendant - Appellee,

No. 09-16701

D.C. No. 3:06-cv-06924-VRW

U.S. District Court for Northern California, San Francisco

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Defendant-intervenor - Appellee. | |
| JAMES C. HARRINGTON; et al.,<br><br>       Plaintiffs - Appellants,<br>  v.<br>AT&T CORP.; et al.,<br><br>       Defendants - Appellees. | No. 09-16702<br><br>D.C. No. 3:06-cv-05452-VRW<br>U.S. District Court for Northern California, San Francisco |
| TINA HERRON; et al.,<br><br>       Plaintiffs - Appellants,<br>  v.<br>VERIZON GLOBAL NETWORKS, INC.; et al.,<br><br>       Defendants - Appellees,<br>UNITED STATES OF AMERICA,<br><br>       Defendant-intervenor - Appellee. | No. 09-16704<br><br>D.C. No. 3:06-cv-05343-VRW<br>U.S. District Court for Northern California, San Francisco |
| DARRYL HINES; et al., | No. 09-16706 |

|  |  |
|---|---|
| Plaintiffs - Appellants,<br><br>v.<br><br>VERIZON NORTHWEST, INC., an active Washington corporation; et al.,<br><br>Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>Defendant-intervenor - Appellee. | D.C. No. 3:06-cv-05341-VRW<br>U.S. District Court for Northern California, San Francisco |
| HOWARD JACOBS, a natural person; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>AT&T CORP., a foreign corporation; et al.,<br><br>Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>Defendant-intervenor - Appellee. | No. 09-16707<br><br>D.C. No. 3:07-cv-02538-VRW<br>U.S. District Court for Northern California, San Francisco |
| CLAUDIA MINK and ALL PLAINTIFFS,<br><br>Plaintiffs - Appellants,<br><br>v. | No. 09-16708<br><br>D.C. No. 3:06-cv-07934-VRW<br>U.S. District Court for Northern California, San Francisco |

| | |
|---|---|
| AT&T COMMUNICATIONS OF THE SOUTHWEST, INC., a Delaware corporation; et al.,<br><br>   Defendants - Appellees,<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant-intervenor - Appellee. | |
| RICHARD ROCHE and ALL PLAINTIFFS,<br><br>   Plaintiffs - Appellants,<br><br> v.<br><br>AT&T CORP.,<br><br>   Defendant - Appellee,<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant-intervenor - Appellee. | No. 09-16709<br><br>D.C. No. 3:07-cv-01243-VRW<br>U.S. District Court for Northern California, San Francisco |
| BENSON B. ROE; et al.,<br><br>   Plaintiffs - Appellants,<br><br> v.<br><br>AT&T CORP., a New York corporation; et al., | No. 09-16710<br><br>D.C. No. 3:06-cv-03467-VRW<br>U.S. District Court for Northern California, San Francisco |

          Defendants - Appellees,

UNITED STATES OF AMERICA,

          Defendant-intervenor - Appellee.

---

ELAINE SPIELFOGEL-LANDIS, on behalf of herself and all others similarly situated and ALL PLAINTIFFS,

          Plaintiffs - Appellants,

  v.

MCI, LLC, a Delaware limited liability company and VERIZON,

          Defendants - Appellees,

UNITED STATES OF AMERICA,

         Defendant-intervenor - Appellee.

No. 09-16712

D.C. No. 3:06-cv-04221-VRW

U.S. District Court for Northern California, San Francisco

---

STUDS TERKEL, (now deceased); et al.,

          Plaintiffs - Appellants,

  v.

AT&T CORP.; et al.,

          Defendants - Appellees.

No. 09-16713

D.C. No. 3:06-cv-05340-VRW

U.S. District Court for Northern California, San Francisco

| | |
|---|---|
| HERBERT WAXMAN, on behalf of himself and all others similarly situated and ALL PLAINTIFFS, | No. 09-16717 |
| Plaintiffs - Appellants, | D.C. No. 3:06-cv-06294-VRW |
| v. | U.S. District Court for Northern California, San Francisco |
| AT&T CORP., | |
| Defendant - Appellee, | |
| UNITED STATES OF AMERICA, | |
| Defendant-intervenor - Appellee. | |

| | |
|---|---|
| STEVEN LEBOW, Rabbi; et al., | No. 09-16719 |
| Plaintiffs - Appellants, | D.C. No. 3:07-cv-00464-VRW |
| v. | U.S. District Court for Northern California, San Francisco |
| BELL SOUTH CORPORATION; et al., | |
| Defendants - Appellees. | |

The judgment of this Court, entered December 29, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. Each party shall bear its own costs on appeal.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk

Case: 06-cv-00464-VRW Document 364 Filed 01/07/22 Page 15 of 15